**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ALEJANDRO GIJON,<br><br>                Defendant. | Case No. 25CR0688-JLS<br>               25mj569<br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C., Secs. 922(a)(1)(A), 923(a), 924(a)(1)(D) – Engaging in the Business of Dealing Firearms Without a License; Title 21, U.S.C. §§ 846 and 841(a)(1) – Conspiracy to Distribute Methamphetamine; Title 18, U.S.C., Sec. 924(d)(1), Title 28, Sec. 2461(c), and Title 21, U.S.C. Sec. 853 – Criminal Forfeiture |
|---|---|

The United States Attorney charges:

<u>Count 1</u>

On or about November 14, 2023, through May 16, 2024, within the Southern District of California, defendant ALEJANRDO GIJON, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

//
//
//
//
//

BAM:sc:2/18/2025

## Count 2

Beginning on a date unknown, but at least since January 2024, and continuing up to and including the date of this Complaint, within the Southern District of California, and elsewhere, defendant ALEJANDO GIJON, did knowingly and intentionally conspire with others known and unknown, to distribute, 50 grams and more, to wit: approximately 551.9 grams of methamphetamine (actual), a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## FORFEITURE

The allegations contained in Counts 1 through 2 are realleged and incorporated as a part hereof for purposes of seeking forfeiture to the United States pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of one and more of the offenses alleged in Counts 1 through 2 of this information, defendant ALEJANDRO GIJON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses.

Upon conviction of the felony offense alleged in Count 2 of this Information, which offense is subject to imprisonment for more than one year, defendant ALEJANDRO GIJON shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2) all property constituting and derived from proceeds of the offense and all property used and intended to be used to commit and to facilitate the commission of the offense.

If any of the forfeitable property, as a result of any act or

2

omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: 2/18/2025 .

ANDREW R. HADEN
Acting United States Attorney

*Badih A. Mouannes*

BADIH A. MOUANNES
Assistant U.S. Attorney